# FILING INSTRUCTION COVER SHEET

**TO BE PLACED ON TOP OF THE FILING PACKET**

**TO: CLERK OF THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**FROM:** Albert Sedges, Plaintiff Pro Se **DATE:** July 19, 2026 **RE:** Submission of New Civil Rights Complaint Pursuant to 42 U.S.C. § 1983

## NOTICE OF SECTIONED MULTI-PART SUBMISSION

**CRITICAL PROCESSING NOTICE:** Due to the strict **5 MB file size limitations** inherent in the ADS system, this initiating civil rights complaint package cannot be uploaded as a single document. It has been systematically broken down into distinct sections to comply with technical electronic file constraints.

To ensure the integrity of the judicial record and correct case initiation, the Clerk's Office is instructed to process, scan, and index all attached sections together under a single, newly assigned federal docket number. Do not file these sections as separate actions or under any existing state court docket.

## MANDATORY PACKET ASSEMBLY SEQUENCE

Please verify that the packet is maintained, scanned, and indexed in the exact sequence and configuration specified below:

### 1. MAIN PLEADING

- **Title:** Civil Complaint and Demand for Jury Trial (Action Brought Pursuant to 42 U.S.C. § 1983)
- **Parties:** Albert Sedges (Plaintiff) v. Theresa Mahoney (Defendant, in her individual capacity)
- **Content:** Complete original complaint text as executed on July 18, 2026.

### 2. EXHIBIT A (ATTACHED TO COMPLAINT)

- **Labeling:** Clearly marked as **Exhibit A**.
- **Content:** Formal Notification to the Clerk of the Superior Court and Notice of Motion (Superior Court of New Jersey, Chancery Division, Family Part, Morris County, Docket No. FM-14-000773-25).
- **Length:** Exactly **36 pages** in length.

### 3. EXHIBIT B (ATTACHED TO COMPLAINT)

- **Labeling:** Clearly marked at the top as **Chief Justice Complaint Block 3**.
- **Page Range:** Consists of pages **958 through 975**.

- **Content:** Formal Administrative Complaints to Chief Justice Stuart Rabner and Assignment Judge Minkowitz.

# ROUTING AND AUTOMATED SYSTEM NOTICE

A duplicate copy of this filing packet is concurrently being routed via the appropriate administrative channels to the **Attorney General of New Jersey** to ensure mandatory inclusion within the Pacer/ADS system framework.

Respectfully submitted,

**Albert Sedges, Plaintiff Pro Se**

Dated: July 19, 2026