

# Social Security Administration
# Benefit Verification Letter

Date: April 30, 2026
BNC#: 26C4788K80846
REF: A, C1

010485
1/4

T24 P0 **SNGLP 188942-10-8-1 - 10485 BEV 0430

ALBERT NICKLOUS SEDGES
241 SOUTH 10TH AVE
FORSYTH MT  59327-7922

010485

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

## Information About Current Social Security Benefits

Beginning January 2026, the full monthly Social Security benefit before any deductions is $1,700.10.

We deduct $202.90 for medical insurance premiums each month.

The regular monthly Social Security payment is $1,497.00. (We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

We found that you became disabled under our rules on September 1, 1996.

## Information About Past Social Security Benefits

From December 2025 to December 2025, the full monthly Social Security benefit before any deductions was $1,700.10.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $1,700.00. (We must round down to the whole dollar.)

## Type of Social Security Benefit Information

You are entitled to monthly disability benefits.

See Next Page

26C4788K80846

## Information About Current Social Security Benefits

Beginning October 1981, the full monthly Social Security benefit before any deductions is $0.00.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $0.00.
(We must round down to the whole dollar.)

Benefits were stopped beginning October 1981.

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third Wednesday of each month.

## Type of Social Security Benefit Information

You are entitled to monthly benefits as a dependent of the wage earner.

## Medicare Information

You are entitled to hospital insurance under Medicare beginning February 1999.

You are entitled to medical insurance under Medicare beginning February 1999.

Your Medicare number is 6VD6GT4DX79. You may use this number to get medical services while waiting for your Medicare card.

If you have any questions, please log into Medicare.gov, or call 1-800-MEDICARE (1-800-633-4227).

## Date of Birth Information

The date of birth shown on our records is October 28, 1959.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

## Need more help?

1. Visit www.ssa.gov for fast, simple and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.

26C4788K80846

010485
3/4

3. You may also call your local office at **1-866-895-1795**.

SOCIAL SECURITY
ROOM 304
2900 4TH AVE N
BILLINGS MT 59101

*Social Security Administration*

*0202R8ZY6006772* CCM.M72.BEV3C.R260430