UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

NEWARK VICINAGE

Date: July 23, 2026

TO: Office of the Clerk

U.S. District Court, District of New Jersey

Martin Luther King Jr. Federal Building & U.S. Courthouse

50 Walnut Street

Newark, NJ 07102

RE: STATUS INQUIRY REGARDING NEW CASE FILING SUBMISSIONS

Submitted via Attorney Admissions & Document Submission (ADS) System on July 19, 2026

Dear Clerk of the Court:

I am submitting this polite inquiry regarding the processing status of a new civil action submitted via the Court's ADS webform on Sunday, July 19, 2026.

The submissions were transmitted as follows:

1. Complaint Submission (Submitted July 19, 2026 at 05:40 AM)

   - Document Description: COMPLAINT

   - Case Caption: NEW CASE

2. Exhibit Submission (Submitted July 19, 2026 at 05:43 AM)

   - Document Description: DOCUMENT EX A NEW CASE

3. Additional Documentation (Submitted July 19, 2026 at 05:46 AM)

   - Document Description: DOCUMENT PGS 889 975 NEW CASE

As of today, Thursday, July 23, 2026, the standard 1 to 3 business day processing window has elapsed, and I have not yet received confirmation of docketing or an assigned case number.

Could you please provide an update on the status of these submissions or advise if any additional information or fees are required to complete the filing and issuance of the case number?

cc: Office of the Attorney General of New Jersey

Thank you for your time and assistance in this matter.

Respectfully submitted,

/s/ Albert Sedges

Albert Sedges

862-683-6327

sedges1@yahoo.com

Pro Se Plaintiff